UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

TASIA L. SMITH,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 2:16-cv-975
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kimberly A. Jolson

## ORDER

The parties have filed a Joint Motion to Remand [ECF No. 12] to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g). Per the parties' agreement, the Appeals Council will, on remand, vacate all findings in the Administrative Law Judge's decision, and the Commissioner will conduct further proceedings, including a new hearing, and develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act. This case is, accordingly, **REMANDED** to the Commissioner for further proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). The Clerk is **DIRECTED** to enter final judgment on this matter.

**IT IS SO ORDERED.**

3-8-2017
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE