UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

TASIA L. SMITH,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 2:16-cv-975
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kimberly A. Jolson

## ORDER

The parties have stipulated to an award of attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. (Joint Stipulation at 1 [ECF No. 15].) Pursuant to that stipulation, Plaintiff is awarded $4,200.00. The award satisfies all of Plaintiff's claims for fees, costs, and expenses under § 2412 in this case. If counsel for the parties can verify that Plaintiff owes no pre-existing debt subject to offset, Defendant agrees to direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment signed by Plaintiff.

**IT IS SO ORDERED.**

\_\_\_6-8-2017_____
DATE                                    EDMUND A. SARGUS, JR.
                                              CHIEF UNITED STATES DISTRICT JUDGE